BRAVO, DEMANDANTE Y APELANTE, *v.* MIRANDA, DEMANDADO
Y APELADO.

APELACIÓN procedente de la Corte de Distrito de San Juan,
Sección Primera, en pleito sobre cumplimiento de con-
trato.—Traslado del caso.

No. 2609.—Resuelto en mayo 22, 1922.

CORTES DE DISTRITO DE SAN JUAN—TRASLADO DE PLEITOS.—Después de estar en
vigor la Ley 41 de 1921 y fundándose en que residía en Vega Baja, el deman-
dado pidió a la Corte del Distrito Judicial de San Juan, Segundo Distrito, que
trasladara a la del Primer Distrito, un pleito que con anterioridad a julio
1, 1921, había entrado en período de prueba. *Se resolvió:* que bajo tales
condiciones la orden negando el traslado era correcta y que el hecho de que
la prueba no hubiera comenzado a practicarse en la corte que negó el tras-
lado no influye en la decisión de la cuestión envuelta.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. M. Tous Soto.*

Abogados del apelado: *Sres. G. Cruzado Silva* y *H. Mi-
randa.*

EL JUEZ PRESIDENTE SR. DEL TORO, emitió la opinión del
tribunal.

Antolín Bravo entabló demanda en la Corte de Distrito
de San Juan, Sección Primera, el 24 de julio de 1920, contra
Eladio Miranda. El demandado contestó y se señaló día
para la celebración del juicio. En dicho día comparecieron
las partes y el demandado solicitó la suspensión de la vista.
El demandante no se opuso siempre que se practicare el co-
tejo de ciertos telegramas con los originales que traían los
telegrafistas y fueran admitidas dichas copias como prueba.
El demandado admitió que fueran las copias presentadas y
se marcaron en forma debida por el secretario. Y entonces
el juicio se suspendió hasta nuevo señalamiento.

Así las cosas el demandado pidió a la corte que trasladara
el pleito a la Sección Segunda de la propia corte y el tras-
lado fué en efecto decretado. Transcurrieron algunos meses.
Entró en vigor la Ley No. 41 de 1921 y el propio demandado
volvió a solicitar el traslado entonces para la Corte de Dis-

trito de San Juan, Primer Distrito, porque residía en uno de los pueblos, Vega Baja, asignados a dicha corte. La solicitud fué denegada y el demandado interpuso contra ella el presente recurso de apelación.

Visto lo dispuesto en la disposición transitoria de la Ley No. 41, opinamos que tuvo razón la Corte de Distrito de San Juan, Segundo Distrito, al negar el traslado. El pleito había entrado ya en el período de prueba.

Alega el apelante que si bien la prueba había comenzado a practicarse, no lo había sido ante la Corte de Distrito de San Juan, Segundo Distrito, sino ante la Sección Primera de la antigua corte. No creemos que dicha circunstancia tenga influencia en la decisión de la cuestión envuelta. La disposición transitoria no distingue, y no debemos nosotros distinguir.

Procede la confirmación de la resolución recurrida.

*Confirmada la resolución apelada.*

Jueces concurrentes: Sres. Asociados Wolf, Aldrey, Hutchison y Franco Soto.